UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-22018-CIV-MARTINEZ/SANCHEZ

EXPRESS LOGISTICS, INC.; FIRST
PRIORITY LOGISTICS, INC.; and
ROLLING STOCK, INC.,

      Plaintiffs,

v.

RYDER TRUCK RENTAL, INC.,

      Defendant.

_____/

## ORDER

**THIS CAUSE** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiffs' Motion for Preliminary Injunction [ECF No. 4].[1] (*See* [ECF No. 19]). Magistrate Judge Sanchez filed an R&R [ECF No. 23], recommending that the Motion be denied and the case be scheduled for early mediation or referred for a settlement conference. The R&R notes that the parties agree the $10,000 bond previously posted in this case is no longer required. (*See id.* 3 n.4). The Court has reviewed the entire file and record and notes that no objections have been filed. Plaintiffs filed a notice of nonobjection and requested that the Court refer the case to Judge Sanchez for a settlement conference as opposed to early mediation. (*See* [ECF No. 24]).

Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** that:

1.      Magistrate Judge Sanchez's R&R [ECF No. 23] is **AFFIRMED** and **ADOPTED**.

2.      Plaintiffs' Motion for Preliminary Injunction [ECF No. 4] is **DENIED** as set forth

---

[1]    Plaintiffs' Motion sought two types of relief: (1) the entry of a temporary restraining order and (2) the entry of a preliminary injunction. The subject referral was limited to the portion of Plaintiffs' Motion requesting the entry of a preliminary injunction.

in the R&R.

3.      The bond posted by Plaintiffs in the amount of **$10,000** is **ORDERED** to be **RELEASED** by the Clerk.

4.      This matter is **REFERRED** for purposes of a settlement conference before Magistrate Judge Eduardo I. Sanchez, to occur within **thirty (30) days** of the date of this Order. Counsel shall confer and contact Magistrate Judge Sanchez's Chambers to schedule the settlement conference. Except as provided under Local Rule 16.2.E, the appearance of counsel and each party, or representatives of each party with full authority to enter into a full and complete settlement, is mandatory. All discussions, representations, and statements made at the settlement conference shall be confidential and privileged. If the case is settled at the settlement conference, counsel shall promptly notify the Court by filing a notice of settlement signed by counsel of record within **seven (7) days** of the conference.

5.      In the event the settlement conference is unsuccessful, all parties are required to participate in subsequent mediation, which shall take place by the deadline contained in the Court's Scheduling Order, which will be entered separately

**DONE AND ORDERED** in Miami, Florida, this __1__ day of May 2026.

 

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: all counsel of record

2